# Exhibit A

**Results for: (plaintiff-litigant("debbie pittman"))**

## Dockets

1. [Pittman V. Alp-N-Rock, Llc]

   U.S. Federal | United States District Court, Illinois Northern | 09 Apr 2026 | 1:26cv3931 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Open

   ... 05/22/2026) Honorable LaShonda A. Hunt Assigned LASHONDA A HUNT 2023-06-03T02:31:00 1845080235510 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated **| DEBBIE PITTMAN** ...

---

2. [Pittman V. Beauty Care Choices]

   U.S. Federal | United States District Court, Illinois Northern | 10 Mar 2026 | 1:26cv2665 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Open

   ... 05/08/2026) Honorable Georgia N. Alexakis Assigned GEORGIA N ALEXAKIS 2025-07-31T16:41:00 2234865298790 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated **| DEBBIE PITTMAN** ...

---

3. [Pittman V. Plaza Artist Materials Of The Mid-Atlantic, Inc.]

   U.S. Federal | United States District Court, Illinois Northern | 25 Feb 2026 | 1:26cv2133 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Open

   ... Notice of Settlement by **Debbie Pittman** as to defendant Plaza Artist Materials Of The Mid-Atlantic, Inc. (Chan, ...
   ... 05/07/2026) Honorable Steven C. Seeger Assigned STEVEN C SEEGER 2019-09-16T18:51:00 1888873390445 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated **| DEBBIE PITTMAN** ...

---

4. [Pittman V. Celeb Luxury, Llc.]

   U.S. Federal | United States District Court, Illinois Northern | 05 Jan 2026 | 1:26cv30 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

   ... NOTICE of Voluntary Dismissal by **Debbie Pittman** with prejudice (Chan, Alison) (Entered: 05/01/2026) Honorable Steven C. Seeger Assigned STEVEN C SEEGER 2019-09-16T18:51:00 1888873390445 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated **| DEBBIE PITTMAN** ...

---

5. [Pittman V. Saysh Corporation]

   U.S. Federal | United States District Court, Illinois Northern | 02 Jan 2026 | 1:26cv15 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 06/29/2026) Honorable Mary M. Rowland Assigned MARY M ROWLAND 2012-10-03T21:18:00 1774911340495 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

6. ## [Pittman V. European Style Inc.]

U.S. Federal | United States District Court, Illinois Northern | 02 Jan 2026 | 1:26cv13 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Open

... NOTICE of Voluntary Dismissal by **Debbie Pittman** with prejudice (Ohrenberger, Michael) (Entered: 05/14/2026) Honorable Thomas M. Durkin Assigned THOMAS M DURKIN 2013-01-15T18:09:00 1916237674810 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

7. ## [Pittman V. Dsmb Partners, Llc]

U.S. Federal | United States District Court, Illinois Northern | 02 Jan 2026 | 1:26cv16 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 06/29/2026) Honorable Sunil R. Harjani Assigned SUNIL R HARJANI 2019-01-10T19:01:00 1900110473456 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

8. ## [Pittman V. Raycon, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 14 Aug 2025 | 1:25cv9683 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 01/01/2026) Honorable April M. Perry Assigned APRIL M PERRY 2024-11-26T16:26:00 1630667961705 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

9. ## [Pittman V. Fera Co., Llc]

U.S. Federal | United States District Court, Illinois Northern | 14 Aug 2025 | 1:25cv9688 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Open

... 05/13/2026) Honorable Elaine E. Bucklo Assigned ELAINE E BUCKLO 2012-03-02T23:42:00 1754713809943 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

10. ## [Pittman V. Rancourt %26 Company Shoecrafters, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 31 Jul 2025 | 1:25cv9038 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 01/21/2026) Honorable Franklin U. Valderrama Assigned FRANKLIN U VALDERRAMA 2020-09-28T16:28:00 2796128774179 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

11. [Pittman V. Emerson's Shoes, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 30 Jul 2025 | 1:25cv8910 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 05/12/2026) Honorable Matthew F. Kennelly Assigned MATTHEW F KENNELLY 2012-03-08T16:19:00 2348633921716 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

12. [Pittman V. The Future Happens Everyday, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 29 Jul 2025 | 1:25cv8858 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 12/03/2025) Honorable Jeremy C. Daniel Assigned JEREMY C DANIEL 2023-06-27T17:30:00 1813097986958 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

13. [Pittman V. Scent Split Llc]

U.S. Federal | United States District Court, Illinois Northern | 21 Jul 2025 | 1:25cv8273 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 02/19/2026) Honorable Manish S. Shah Assigned MANISH S SHAH 2014-06-28T03:44:00 1588118395429 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

14. [Pittman V. Lynchburg Soap Company, Llc]

U.S. Federal | United States District Court, Illinois Northern | 21 Jul 2025 | 1:25cv8294 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 07/23/2025) Honorable Steven C. Seeger Assigned STEVEN C SEEGER 2019-09-16T18:51:00 1888873390445 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

15. [Pittman V. Finnleys Good Findings, Llc]

U.S. Federal | United States District Court, Illinois Northern | 21 Jul 2025 | 1:25cv8292 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 07/23/2025) Honorable Robert W. Gettleman Assigned ROBERT W GETTLEMAN 2012-03-08T16:21:00 2376185998982 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

16. [Pittman V. Jemma Group, Inc.]

    U.S. Federal | United States District Court, Illinois Northern | 16 Jul 2025 | 1:25cv8095 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Open

    ... NOTICE of Voluntary Dismissal by **Debbie Pittman** (Reyes, David) (Entered: 07/08/2026) Honorable John Robert Blakey Assigned JOHN ROBERT BLAKEY 2015-01-08T13:28:00 2227284600633 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

17. [Pittman V. Guerlain, Inc.]

    U.S. Federal | United States District Court, Illinois Northern | 16 Jul 2025 | 1:25cv8094 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

    ... 10/23/2025) Honorable Elaine E. Bucklo Assigned ELAINE E BUCKLO 2012-03-02T23:42:00 1754713809943 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

18. [Pittman V. Av Now, Inc.]

    U.S. Federal | United States District Court, Illinois Northern | 16 Jul 2025 | 1:25cv8092 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

    ... 10/27/2025) Honorable Andrea R. Wood Assigned ANDREA R WOOD 2013-11-18T19:17:00 1564861419464 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

19. [Pittman V. Miss Rosier Holding, Inc.]

    U.S. Federal | United States District Court, Illinois Northern | 14 Jul 2025 | 1:25cv7945 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

    ... 06/09/2026) Honorable Andrea R. Wood Assigned ANDREA R WOOD 2013-11-18T19:17:00 1564861419464 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

20. [Pittman V. Gavrieli Brands, Llc]

    U.S. Federal | United States District Court, Illinois Northern | 14 Jul 2025 | 1:25cv7938 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Open

... 07/15/2026) Honorable Jeremy C. Daniel Assigned JEREMY C DANIEL 2023-06-27T17:30:00 1813097986958 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

21. ## Pittman V. Hazel And Olive, Inc.

U.S. Federal | United States District Court, Illinois Northern | 10 Jul 2025 | 1:25cv7791 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 03/31/2026) Honorable Jorge L. Alonso Assigned JORGE L ALONSO 2014-12-24T15:15:00 1720256012017 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

22. ## Pittman V. Finnleys Good Findings, Llc

U.S. Federal | United States District Court, Illinois Northern | 10 Jul 2025 | 1:25cv7788 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 11/18/2025) Honorable Thomas M. Durkin Assigned THOMAS M DURKIN 2013-01-15T18:09:00 1916237674810 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

23. ## Pittman V. Lynchburg Soap Company, Llc

U.S. Federal | United States District Court, Illinois Northern | 09 Jul 2025 | 1:25cv7741 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 09/24/2025) Honorable Steven C. Seeger Assigned STEVEN C SEEGER 2019-09-16T18:51:00 1888873390445 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

24. ## Pittman V. The Outset Group, Llc

U.S. Federal | United States District Court, Illinois Northern | 20 Jun 2025 | 1:25cv6860 | Americans with Disabilities - Other | Debbie Pittman | Federal Question | Closed

... 12/17/2025) Honorable Franklin U. Valderrama Assigned FRANKLIN U VALDERRAMA 2020-09-28T16:28:00 2796128774179 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

25. ## Pittman V. Fabco Enterprises, Inc.

U.S. Federal | United States District Court, Illinois Northern | 20 Jun 2025 | 1:25cv6858 | Americans with Disabilities - Other | Debbie Pittman | Federal Question | Closed

... 11/24/2025) Honorable Elaine E. Bucklo Assigned ELAINE E BUCKLO 2012-03-02T23:42:00 1754713809943 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

26. [Pittman V. Cadense, Inc.]()

U.S. Federal | United States District Court, Illinois Northern | 20 Jun 2025 | 1:25cv6852 | Americans with Disabilities - Other | Debbie Pittman | Federal Question | Closed

... 11/25/2025) Honorable Georgia N. Alexakis Assigned GEORGIA N ALEXAKIS 2025-07-31T16:41:00 2234865298790 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

27. [Pittman V. Thirty Three Threads, Inc.]()

U.S. Federal | United States District Court, Illinois Northern | 21 May 2025 | 1:25cv5644 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 10/27/2025) Honorable Andrea R. Wood Assigned ANDREA R WOOD 2013-11-18T19:17:00 1564861419464 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

28. [Pittman V. Magnolia Boutique, Llc]()

U.S. Federal | United States District Court, Illinois Northern | 21 May 2025 | 1:25cv5642 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... NOTICE of Voluntary Dismissal by **Debbie Pittman** with prejudice; without costs (Reyes, David) (Entered: 10/06/2025) Honorable Lindsay C. Jenkins Assigned LINDSAY C JENKINS 2023-02-27T16:24:00 2153723225609 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

29. [Pittman V. Steinhafels, Inc.]()

U.S. Federal | United States District Court, Illinois Northern | 15 May 2025 | 1:25cv5415 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 12/01/2025) Honorable John Robert Blakey Assigned JOHN ROBERT BLAKEY 2015-01-08T13:28:00 2227284600633 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

30. [Pittman V. Sarah Flint, Inc.]()

U.S. Federal | United States District Court, Illinois Northern | 15 May 2025 | 1:25cv5414 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 07/08/2025) Honorable Lindsay C. Jenkins Assigned LINDSAY C JENKINS 2023-02-27T16:24:00 2153723225609 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

31. [Pittman V. Humanscale Corporation]

U.S. Federal | United States District Court, Illinois Northern | 15 May 2025 | 1:25cv5379 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 07/22/2025) Honorable John F. Kness Assigned JOHN F KNESS 2020-02-29T02:05:00 1453988148545 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

32. [Pittman V. 1more Usa, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 14 May 2025 | 1:25cv5357 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Open

... 03/31/2026) Honorable John F. Kness Assigned JOHN F KNESS 2020-02-29T02:05:00 1453988148545 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

---

33. [Pittman V. Whitley Peanut Factory, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 08 May 2025 | 1:25cv5068 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 12/22/2025) Honorable Jeremy C. Daniel Assigned JEREMY C DANIEL 2023-06-27T17:30:00 1813097986958 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

34. [Pittman V. Offspring Beauty, Co.]

U.S. Federal | United States District Court, Illinois Northern | 08 May 2025 | 1:25cv5071 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 11/07/2025) Honorable Rebecca R. Pallmeyer Assigned REBECCA R PALLMEYER 2012-03-12T14:11:00 2345248648838 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated | **DEBBIE PITTMAN** ...

---

35. [Pittman V. Joseph J. Williams, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 08 May 2025 | 1:25cv5067 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 07/31/2025) Honorable LaShonda A. Hunt Assigned LASHONDA A HUNT 2023-06-03T02:31:00 1845080235510 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, | **DEBBIE PITTMAN** ...

36. [Pittman V. Hobbs London, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 25 Apr 2025 | 1:25cv4506 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 11/13/2025) Honorable Georgia N. Alexakis Assigned GEORGIA N ALEXAKIS 2025-07-31T16:41:00 2234865298790 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated **| DEBBIE PITTMAN** ...

37. [Pittman V. The Upside (North America), Llc]

U.S. Federal | United States District Court, Illinois Northern | 07 Apr 2025 | 1:25cv3718 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... Honorable John J. Tharp, Jr Assigned JOHN J THARP 2012-06-19T08:34:00 1887843220748 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, **| DEBBIE PITTMAN** ...

38. [Pittman V. Prettylittlething.Com, Usa, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 07 Apr 2025 | 1:25cv3713 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 07/14/2025) Honorable Virginia M. Kendall Assigned VIRGINIA M KENDALL 2012-03-05T12:26:00 2295651301013 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, **| DEBBIE PITTMAN** ...

39. [Pittman V. Elmhurst Milked Direct, Llc]

U.S. Federal | United States District Court, Illinois Northern | 07 Apr 2025 | 1:25cv3711 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 09/25/2025) Honorable Matthew F. Kennelly Assigned MATTHEW F KENNELLY 2012-03-08T16:19:00 2348633921716 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, **| DEBBIE PITTMAN** ...

40. [Pittman V. Tootsie Roll Industries, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 03 Apr 2025 | 1:25cv3573 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... NOTICE of Voluntary Dismissal by **Debbie Pittman** with prejudice; without costs (Reyes, David) (Entered: 08/22/2025) Honorable Lindsay C. Jenkins Assigned LINDSAY C JENKINS 2023-02-27T16:24:00 2153723225609 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, **| DEBBIE PITTMAN** ...

41. [Pittman V. Pixie Market, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 03 Apr 2025 | 1:25cv3572 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... Honorable John J. Tharp, Jr Assigned JOHN J THARP 2012-06-19T08:34:00 1887843220748 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, **| DEBBIE PITTMAN** ...

---

42. [Pittman V. Sportsman's Market, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 26 Mar 2025 | 1:25cv3207 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 09/03/2025) Honorable John F. Kness Assigned JOHN F KNESS 2020-02-29T02:05:00 1453988148545 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, **| DEBBIE PITTMAN** ...

---

43. [Pittman V. Shoe City - Whittier, Inc.]

U.S. Federal | United States District Court, Illinois Northern | 25 Mar 2025 | 1:25cv3163 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 06/24/2025) Honorable John F. Kness Assigned JOHN F KNESS 2020-02-29T02:05:00 1453988148545 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated **| DEBBIE PITTMAN** ...

---

44. [Pittman V. Dormeo North America, Llc]

U.S. Federal | United States District Court, Illinois Northern | 17 Mar 2025 | 1:25cv2795 | Americans with Disabilities - Other | Debbie Pittman | Americans with Disabilities Act | Closed

... 05/20/2025) Honorable LaShonda A. Hunt Assigned LASHONDA A HUNT 2023-06-03T02:31:00 1845080235510 **Debbie Pittman** P Plaintiff on behalf of herself and all others similarly situated, **| DEBBIE PITTMAN** ...