# Exhibit B

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | Key |
|---|---|---|---|
| A | ✓ | ✓ | Pages with level A issues are unusable for some people |
| AA | ✓ | ✓ | Pages with level AA issues are very difficult to use |
| AAA | ✓ | | Pages with level AAA issues can be difficult to use |

## Informative

These messages are for information only and do not indicate errors or conformance problems

| | | | |
|---|---|---|---|
| ○ | WCAG Success Criteria 4.1.1 is always satisfied for HTML and XML pages. | WCAG 2.1 4.1.1 | 1 pages |