# Exhibit C

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | PDF Matterhorn 1.02 |
|---|---|---|---|
| A | 🔴 | 🔴 | ✔ |
| AA | 🟠 | 🟠 | ✔ |
| AAA | | | ✔ |

**Key**

- 🔴 Pages with level A issues are unusable for some people
- 🟠 Pages with level AA issues are very difficult to use
- 🟡 Pages with level AAA issues can be difficult to use

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

21 issues on 75 pages

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| 🔴 | A video plays longer than 5 seconds, without a way to pause it. | WCAG 2.1 A 2.2.2<br>Section 508 (2017) A 2.2.2 | 8 pages |
| | Remove the `autoplay` attribute or add a `controls` attribute. | | |
| | https://tieks.com/flexibility | Line 818 | |
| | https://tieks.com/introducing-truelovered | Line 1316 1319 | |
| | https://tieks.com/manifest-magick | Line 1246 1249 1764 1767 | |
| | https://tieks.com/pounce-on-blackleopard | Line 1248 1251 | |
| | https://tieks.com/splashofcolor | Line 821 | |
| | https://tieks.com/sunnystyles | Line 1418 1421 1424 | |
| | https://tieks.com/thinkpink | Line 793 | |
| | https://tieks.com/weddings | Line 1216 1219 1222 1225 | |
| 🔴 | All `fieldset` elements should be labeled with `legend` elements. | WCAG 2.1 A H71<br>Section 508 (2017) A H71 | 8 pages |
| | The first child element inside a `fieldset` must be a `legend` element, which provides a label or description for the group. `legend` elements in other positions may be ignored. | 1.3.1 3.3.2 | |
| | https://tieks.com/customer/account/create/ | Line 1143 1300 | |
| | https://tieks.com/customer/account/forgotpassword/ | Line 1141 1298 | |
| | https://tieks.com/customer/account/login/ | Line 1141 1298 | |
| | https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrc[illegible]xpc3Qv/ | [illegible] | |
| | https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrc[illegible]G9tZXIvYWNjb3VudC9pbmRleC8%2C/ | [illegible] | |
| | https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrc[illegible]GV4Y2hhbmdl/ | [illegible] | |
| | https://tieks.com/customercare/returns/ | Line 1144 | |
| | https://tieks.com/giftcards | Line 1208 | |
| 🔴 | `alt` text should not contain placeholders like 'picture' or 'spacer'. | WCAG 2.1 A F30<br>Section 508 (2017) A F30 | 1 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | For purely decorative images and spacers use alt='', for images of text use the text, and for other images use a description of the image.<br><br>Impact on users:<br>• JAWS : Reads out placeholder text, instead of a useful image description.<br>• NVDA : Reads out placeholder text, instead of a useful image description.<br>• VoiceOver : Reads out placeholder text, instead of a useful image description. | 1.1.1 1.2.1 | |
| | alt='a_peterson245'<br>https://tieks.com/ | Line 3641 | |
| | Clickable controls should be keyboard accessible. | WCAG 2.1 A F15<br>Section 508 (2017) A F15 | 2 pages |
| | Add tabindex=0 to allow keyboard users to tab to the control. | 4.1.2 | |
| | https://tieks.com/poppy-season | Line 1510 | |
| | https://tieks.com/sunnystyles | Line 1379 | |
| | Clickable controls should have an ARIA role. | WCAG 2.1 A F54<br>Section 508 (2017) A F54 | 2 pages |
| | Controls that respond to clicks should be given an ARIA role such as role=button or role=link. div span and a elements without an href attribute have no semantic role. | 2.1.1 | |
| | https://tieks.com/poppy-season | Line 1510 | |
| | https://tieks.com/sunnystyles | Line 1379 | |
| | Duplicate id - the same ID is used on more than one element. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 5 pages |
| | id=ttt-aaa-bbb id=ttt-aaa-bbb id=ttt-aaa-bbb id=ttt-aaa-bbb id=ttt-aaa-bbb<br>https://tieks.com/leathers | Line 1127 1127 1127 1661 1871 ... | |
| | id=gallery-prev-area id=gallery-prev-area id=gallery-next-area id=gallery-next-area id=product-options-wrapper<br>https://tieks.com/poppy-season | Line 1760 1882 1950 2279 2401 ... | |
| | id=gallery-prev-area id=gallery-prev-area id=gallery-next-area id=gallery-next-area id=product-options-wrapper<br>https://tieks.com/snakeprints | Line 916 1038 1106 1435 1557 ... | |
| | id=gallery-prev-area id=gallery-prev-area id=gallery-next-area id=gallery-next-area id=product-options-wrapper<br>https://tieks.com/sunnystyles | Line 1633 1755 1823 2152 2274 ... | |
| | id=product-price-171 id=product-price-171 id=product-price-530 id=product-price-530 id=product-price-32<br>https://tieks.com/wintieks-fightantisemitism | Line 1858 1924 2122 2268 4018 ... | |
| | Each a element must contain text or an img with an alt attribute. | WCAG 2.1 A F89<br>Section 508 (2017) A F89 | 22 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | A link name allows screen readers to voice what the links does. If there is no link text / `alt` text, or the text / image is hidden by CSS, screen readers have nothing to read, so read out the URL instead. To add a name do one of the following:<br>• Add text between the a element start and end tags<br>• Add an aria-label attribute<br>• Add an aria-labelledby attribute<br>• Add a descriptive img alt attribute if the link contains an img element<br><br>img elements with role=presentation or role=none are not included in the link's accessible name. | 2.4.4 2.4.9 4.1.2 | |
| | https://tieks.com/blueprintsblog | Line 686 | |
| | https://tieks.com/blueprintsblog/post/black-ballet-flats-a-timeless-staple | Line 697 | |
| | https://tieks.com/blueprintsblog/post/how-to-clean-leather-shoes | Line 697 | |
| | https://tieks.com/blueprintsblog/post/how-to-style-wide-leg-pants-with-tieks-ballet-flats | Line 697 | |
| | https://tieks.com/blueprintsblog/post/shades-of-beauty-how-to-find-your-perfect-nude-ballet-flats | Line 697 | |
| | https://tieks.com/blueprintsblog/post/silver-ballet-flats-a-sophisticated-wardrobe-staple | Line 697 | |
| | https://tieks.com/blueprintsblog/post/styling-tieks-for-work-the-flats-for-every-profession | Line 697 | |
| | https://tieks.com/blueprintsblog/post/the-ballet-flats-that-sold-for-over-13-000 | Line 697 | |
| | https://tieks.com/blueprintsblog/post/tieks-for-every-team-comfy-chic-game-day-flats | Line 697 | |
| | https://tieks.com/blueprintsblog/post/tieks-for-teachers-why-tieks-ballet-flats-are-the-best-shoes-for-educators | Line 697 | |
| | https://tieks.com/blueprintsblog/post/tieks-leathers-and-textiles | Line 697 | |
| | https://tieks.com/blueprintsblog/post/walk-on-the-wild-side-how-to-style-animal-print-tieks | Line 697 1380 | |
| | https://tieks.com/blueprintsblog/post/what-makes-tieks-the-most-comfortable-ballet-flats | Line 697 | |
| | https://tieks.com/introducing-truelovered | Line 1390 1401 | |
| | https://tieks.com/manifest-magick | Line 1609 1620 | |
| | https://tieks.com/poppy-season | Line 1592 1603 | |
| | https://tieks.com/sunnystyles | Line 1455 1466 | |
| | https://tieks.com/tieksforisrael | Line 1658 | |
| | https://tieks.com/tieksforukraine | Line 1455 1460 | |
| | https://tieks.com/wintieks-fightantisemitism | Line 1780 1785 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | This issue was found on another 2 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| ● | Element input is missing one or more required attributes. | HTML5 ARIA 1.2<br>WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 13 pages |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog | Line 1902 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/black-ballet-flats-a-timeless-staple | Line 1692 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/how-to-clean-leather-shoes | Line 1830 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/how-to-style-wide-leg-pants-with-tieks-ballet-flats | Line 1931 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/shades-of-beauty-how-to-find-your-perfect-nude-ballet-flats | Line 1825 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/silver-ballet-flats-a-sophisticated-wardrobe-staple | Line 1718 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/styling-tieks-for-work-the-flats-for-every-profession | Line 1869 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/the-ballet-flats-that-sold-for-over-13-000 | Line 1523 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/tieks-for-every-team-comfy-chic-game-day-flats | Line 1931 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/tieks-for-teachers-why-tieks-ballet-flats-are-the-best-shoes-for-educators | Line 1776 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/tieks-leathers-and-textiles | Line 2089 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/walk-on-the-wild-side-how-to-style-animal-print-tieks | Line 1888 | |
| | Missing aria-expanded aria-controls<br>https://tieks.com/blueprintsblog/post/what-makes-tieks-the-most-comfortable-ballet-flats | Line 1749 | |
| ● | Headings should not be empty. | WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1 | 6 pages |
| | Add visible text to the heading, or alt text if the heading contains an image. Screen readers read out page headings, allowing users to | | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | quickly skip to a section, but some older screen readers do not ignore empty headings. | | |
| | https://tieks.com/introducing-tiekblueclassic | Line 1739 | |
| | https://tieks.com/introducing-truelovered | Line 1323 | |
| | https://tieks.com/malibupinkgiveawayended | Line 1777 | |
| | https://tieks.com/pounce-on-blackleopard | Line 1255 | |
| | https://tieks.com/sunnystyles | Line 1402 1428 1447 | |
| | https://tieks.com/weddings | Line 1234 | |
| ● | HTML form control has no accessible name.<br><br>A label (or name) linked to the control allows screen readers to voice the label correctly when reading the control. To add a label do one of the following:<br>• Use a `label` element with the `for` attribute set to the ID of the form control<br>• Wrap a `label` element around the form control<br>• Add a `title` attribute<br>• Add an `aria-label` attribute<br>• Add an `aria-labelledby` attribute | WCAG 2.1 A F68<br>Section 508 (2017) A F68<br><br>4.1.2 | 8 pages |
| | https://tieks.com/galactic-green.html | Line 898 | |
| | https://tieks.com/infrared.html | Line 898 | |
| | https://tieks.com/outrageous-orange.html | Line 898 | |
| | https://tieks.com/pacificgreen | Line 1511 | |
| | https://tieks.com/pacificgreen?utm_source=instagram&utm_medium=organic&utm_campaign=pglaunch | Line 1511 | |
| | https://tieks.com/pop-pink.html | Line 898 | |
| | https://tieks.com/ultraviolet.html | Line 898 | |
| | https://tieks.com/unmellow-yellow.html | Line 898 | |
| ● | Identify row and column headers in data tables using `th` elements, and mark layout tables with `role=presentation`.<br><br>Data tables allow screen reader users to understand column and row relationships. Layout tables read cells as a series of unrelated paragraphs with no tabular structure.<br><br>Without `th` or `role`, screen readers apply heuristics to decide whether a table is a layout table or data table. These heuristics vary greatly between screen readers, and are affected by browser being used, window size, and font size (so the outcome is very unpredictable without `th` or `role`).<br><br>If a data table has headers marked up using `td`, then change these to `th`. If a data table has no headers, add `th` elements describing each row and/or column. If the table is only used for layout add `role=presentation` to the `table` element. | WCAG 2.1 A F91<br>Section 508 (2017) A F91<br><br>1.3.1 | 1 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Impact on users:<br>• JAWS Reading: Treats tables without th and role as layout tables if the table contains cells above or below certain pixel sizes. This measurement is affected by browser window size, browser font size, and the browser used.<br>• NVDA Reading: Applies a layout table heuristic to tables without th and role which varies depending on the browser used and on the window size in some circumstances.<br>• VoiceOver Reading: Uses a sophisticated heuristic on tables without th and role, which is similar (but not identical) to the heuristic used by NVDA with Firefox. | | |
| | https://tieks.com/customercare/sizing/ | Line 1165 | |
| ● | iframe and frame elements must have a title attribute.<br>Add a title attribute or ARIA label to each iframe and frame element (e.g. title='Main Content'). Without a title some screen readers read out the frame filename, which is usually meaningless.<br>Impact on users:<br>• VoiceOver macOS 12.5 Safari 15.6 macOS 12.5.1 Reading: Meaningless frame title read out.<br>• VoiceOver macOS 11.5 Safari 15.0 macOS 11.5.2 Reading: Meaningless frame title read out.<br>• VoiceOver macOS 10.15 Safari 14.1 macOS 10.15.7 Reading: Meaningless frame title read out.<br>• VoiceOver macOS 10.14 Safari 13.0 macOS 10.14.6 Reading: Meaningless frame title read out. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 1 pages |
| | https://tieks.com/textwithtieks/ | Line 781 | |
| ● | No space between attributes. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 1 pages |
| | https://tieks.com/weddings | Line 438 | |
| ● | Quote " in attribute name. Probable cause: Matching quote missing somewhere earlier. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 1 pages |
| | https://tieks.com/weddings | Line 438 438 | |
| ● | Removing the underline from links makes it hard for color-blind users to see them.<br>Remove the text-decoration:none property from your link styles, or add other style attributes in addition to color changes to make links visible to people without color vision. | WCAG 2.1 A F73<br>Section 508 (2017) A F73<br>1.4.1 | 3 pages |
| | https://tieks.com/blueprintsblog | Line 1286 1289 1292 | |
| | https://tieks.com/patents | Line 791 | |
| | https://tieks.com/thinkpink | Line 839 874 909 944 979 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Several links on a page share the same link text and surrounding context, but go to different destinations. | WCAG 2.1 A F63<br>Section 508 (2017) A F63 | 4 pages |
| | Make the link text unique for each target page (which helps all users) or add an aria-label or aria-describedby to the link (which helps screen reader users). | 2.4.4 2.4.9 | |
| | Link text: LEARN MORE LEARN MORE<br>https://tieks.com/careers | Line 1210 1255 | |
| | Link text: Shop Now > Shop Now > Shop Now > Shop Now > Shop Now ><br>https://tieks.com/thinkpink | Line 839 874 909 944 979 ... | |
| | Link text: Shop Now > Shop Now > Shop Now > Shop Now > Shop Now ><br>https://tieks.com/triedandtrueclassics | Line 853 888 923 958 993 ... | |
| | Link text: Shop Now > Shop Now > Shop Now > Shop Now > Shop Now ><br>https://tieks.com/vegans | Line 867 902 937 972 1007 ... | |
| | The a element must not appear as a descendant of an element with role=button | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 1 pages |
| | https://tieks.com/leathers | Line 1149 1156 1534 1541 1893 ... | |
| | The aria-labelledby attribute must point to IDs of elements in the same document. | HTML5 WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1<br>ARIA 1.2 | 7 pages |
| | These IDs weren't found: block-customer-login-heading<br>https://tieks.com/customer/account/create/ | Line 1292 | |
| | These IDs weren't found: block-customer-login-heading<br>https://tieks.com/customer/account/forgotpassword/ | Line 1290 | |
| | These IDs weren't found: block-customer-login-heading<br>https://tieks.com/customer/account/login/ | Line 1290 | |
| | These IDs weren't found: block-customer-login-heading<br>https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrcy5jb20vd2lzaGxpc3Qv/ | Line 1290 | |
| | These IDs weren't found: block-customer-login-heading<br>https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrcy5jb20vY3VzdG9tZXIvYWNjb3VudC9pbmRleC8%2C/ | Line 1290 | |
| | These IDs weren't found: block-customer-login-heading<br>https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrcy5jb20vZ2ImdGV4Y2hhbmdl/ | Line 1290 | |
| | These IDs weren't found: block-customer-login-heading<br>https://tieks.com/customercare/returns/ | Line 1136 | |
| | The visual label must appear in the accessible name of links and controls. | WCAG 2.1 A F96<br>Section 508 (2017) A F96 | 1 pages |
| | People who use speech control rely on being able to select elements using the visual label displayed on screen. If this isn't part of the accessible name, they can't select elements by name. | 2.5.3 | |
| | Visual label: "External link.Opens link in new window." not in "Tieks on Facebook" "External link.Opens link in new window." not in "Tieks on Instagram" "External link.Opens link in new window." not in "Tieks | Line 2220 2223 2226 2229 3874 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | on Twitter" "External link.Opens link in new window." not in "Tieks on Pinterest" "External link.Opens link in new window." not in "Tieks on Facebook"<br>https://tieks.com/ | | |
| 🔴 | This button element is empty and has no accessible name. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 56 pages |

A programmatically determined name allows screen readers to tell users what the control does. To add a name do one of the following:

- Add text between the button start and end tags
- Add a title attribute
- Add an aria-label attribute
- Add an aria-labelledby attribute
- Add an img alt attribute if the button contains an img element

| | |
|---|---|
| https://tieks.com/blueprintsblog/post/black-ballet-flats-a-timeless-staple | Line 879 |
| https://tieks.com/blueprintsblog/post/the-ballet-flats-that-sold-for-over-13-000 | Line 879 |
| https://tieks.com/blueprintsblog/post/walk-on-the-wild-side-how-to-style-animal-print-tieks | Line 879 |
| https://tieks.com/careers/associate | Line 1063 |
| https://tieks.com/careers/customerexperience | Line 1091 |
| https://tieks.com/caretips | Line 1122 |
| https://tieks.com/comfort | Line 3415 |
| https://tieks.com/customer/account/login/ | Line 857 |
| https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrcy5jb20vZ2lmdGV4Y2hhbmdl/ | Line 857 |
| https://tieks.com/flexibility | Line 2254 |
| https://tieks.com/leathers | Line 3519 |
| https://tieks.com/melded-star-box | Line 1544 |
| https://tieks.com/mini-cotton-candy.html | Line 1469 |
| https://tieks.com/mini-diamond-white.html | Line 1469 |
| https://tieks.com/mini-leopard.html | Line 1469 |
| https://tieks.com/mini-matte-black.html | Line 1469 |
| https://tieks.com/mini-pewter.html | Line 1469 |
| https://tieks.com/mini-razzleberry.html | Line 1469 |
| https://tieks.com/mini-ruby-red.html | Line 1469 |
| https://tieks.com/pop-pink.html | Line 1350 |

This issue was found on another 36 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| Priority | Description and URL | Guideline and Line# | Count |
| --- | --- | --- | --- |
| | Use semantic markup like `strong` instead of using the CSS `font-weight` property. | WCAG 2.1 A F2<br>Section 508 (2017) A F2 | 1 pages |
| | Use the `strong` element instead of the `span` element for bold text. | 1.3.1 | |
| | https://tieks.com/abouttieks | Line 1401 | |

## Level AA

3 issues on 112 pages

| Priority | Description and URL | Guideline and Line# | Count |
| --- | --- | --- | --- |
| | Cannot use `aria-label` or `aria-labelledby` on elements and roles that prohibit naming. | HTML5 ARIA 1.2 | 19 pages |
| | The `div` and `span` elements have an implicit role of `generic` and cannot be named unless they have a `role` attribute. The following roles cannot be named: `caption` `code` `deletion` `emphasis` `generic` `insertion` `paragraph` `presentation` `strong` `subscript` `superscript` | | |
| | Element role: `generic`<br>https://tieks.com/ballerina-pink.html | Line 3554 | |
| | Element role: `generic`<br>https://tieks.com/california-navy.html | Line 3526 | |
| | Element role: `generic`<br>https://tieks.com/cardinal-red.html | Line 3551 | |
| | Element role: `generic`<br>https://tieks.com/cream.html | Line 3551 | |
| | Element role: `generic`<br>https://tieks.com/customer/account/create/ | Line 1292 | |
| | Element role: `generic`<br>https://tieks.com/customer/account/forgotpassword/ | Line 1290 | |
| | Element role: `generic`<br>https://tieks.com/customer/account/login/ | Line 1290 | |
| | Element role: `generic`<br>https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrcy5jb20vd2lzaGxpc3Qv/ | Line 1290 | |
| | Element role: `generic`<br>https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrcy5jb20vY3VzdG9tZXIvYWNjb3VudC9pbmRleC8%2C/ | Line 1290 | |
| | Element role: `generic`<br>https://tieks.com/customer/account/login/referer/aHR0cHM6Ly90aWVrcy5jb20vZ2lmdGV4Y2hhbmdl/ | Line 1290 | |
| | Element role: `generic`<br>https://tieks.com/customercare/returns/ | Line 1136 | |
| | Element role: `generic`<br>https://tieks.com/diamond-white-croc-print.html | Line 3281 | |
| | Element role: `generic`<br>https://tieks.com/matte-black.html | Line 3554 | |
| | Element role: `generic`<br>https://tieks.com/metallic-gold.html | Line 3259 | |
| | Element role: `generic`<br>https://tieks.com/metallic-pewter.html | Line 3256 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Element role: generic<br>https://tieks.com/mustard-yellow.html | Line 3582 | |
| | Element role: generic<br>https://tieks.com/obsidian-black-tieks.html | Line 3281 | |
| | Element role: generic<br>https://tieks.com/sienna-brown-croc-print.html | Line 3281 | |
| | Element role: generic<br>https://tieks.com/tiek-blue.html | Line 3357 | |
| | Ensure that text and background colors have enough contrast.<br><br>Some users find it hard to read light gray text on a white background, dark gray text on a black background and white text on a red background.<br>• The contrast ratio should be 3.0 or more for 18 point text, or larger<br>• The contrast ratio should be 3.0 or more for 14 point bold text, or larger<br>• The contrast ratio should be 4.5 or more for all other text | WCAG 2.1 AA 1.4.3<br>Section 508 (2017) AA 1.4.3<br><br>1.4.6 | 110 pages |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 13.50pt; font-weight: 400; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 13.50pt; font-weight: 400;<br>https://tieks.com/ | Line 2117 2137 3048 3678 3911 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 22.50pt; font-weight: 400; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300;<br>https://tieks.com/abouttieks | Line 1379 3335 3396 3649 3652 ... | |
| | The text color to background color contrast ratio after composition is: **4.48** with color: rgb(119,119,119); background-color: rgb(255,255,255); font-size: 9pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: | Line 470 492 788 1193 1254 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | 9.75pt; font-weight: 400; <br>https://tieks.com/blueprints | | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 400; <br>https://tieks.com/boutiek | Line 447 469 677 6774 6835 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 400; <br>https://tieks.com/checkout/cart/ | Line 451 473 670 2415 2476 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 10.50pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 10.50pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; <br>https://tieks.com/customercare/ | Line 445 1156 1172 1280 1341 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; <br>https://tieks.com/customercare/returns/ | Line 1225 1233 1237 1357 1418 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: | Line 445 467 675 1244 1305 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 400; https://tieks.com/customercare/shipping/ | | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 400; https://tieks.com/customercare/sizing/ | Line 445 467 675 1495 1556 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 400; https://tieks.com/faqs/ | Line 447 469 677 2140 2201 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 22.50pt; font-weight: 300; **3.17** with color: rgb(144,144,152); background-color: rgb(255,255,255); font-size: 13.50pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 22.50pt; font-weight: 300; **3.17** with color: rgb(144,144,152); background-color: rgb(255,255,255); font-size: 13.50pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; https://tieks.com/gavrielifoundation | Line 1020 1026 1044 1050 1794 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 400; https://tieks.com/lavender.html | Line 518 540 748 3323 3384 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font- | Line 520 542 750 3426 3487 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 400; https://tieks.com/lavender-snake.html | | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 7.50pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 7.50pt; font-weight: 400; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/poppy-season | Line 2223 2742 3200 3261 3514 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 7.50pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 7.50pt; font-weight: 400; https://tieks.com/snakeprints | Line 1379 1898 3524 5204 5265 ... | |
| | The text color to background color contrast ratio after composition is: **3.54** with color: rgb(136,136,136); background-color: rgb(255,255,255); font-size: 10.50pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; https://tieks.com/splashofcolor | Line 501 824 1504 3182 3243 ... | |
| | The text color to background color contrast ratio after composition is: **3.41** with color: rgb(139,139,139); background-color: rgb(255,255,255); font-size: 13.50pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/springboutiek | Line 914 3633 3694 3947 3950 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 7.50pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 7.50pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 7.50pt; font-weight: 400;<br>https://tieks.com/sunnystyles | Line 2096 2615 3131 5104 5165 ... | |
| | The text color to background color contrast ratio after composition is: **3.54** with color: rgb(136,136,136); background-color: rgb(255,255,255); font-size: 10.50pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400;<br>https://tieks.com/thinkpink | Line 477 499 796 2980 3041 ... | |
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 300; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(255,255,255); background-color: rgb(0,188,181); font-size: 9.75pt; font-weight: 400; **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 11.25pt; font-weight: 400;<br>https://tieks.com/warmweatherneutrals<br><br>This issue was found on another 90 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | Line 527 549 757 3373 3434 ... | |
| | The CSS outline or border style on this element makes it difficult or impossible to see the dotted link focus outline.<br><br>Do not remove the default outline style, and change any border styles to avoid obscuring the focus outline around focusable elements.<br><br>Using a border or outline style that obscures the focus ring causes problems for keyboard-only users in:<br>• Chrome (obscures the focus indicator on links, buttons, dropdowns and range controls)<br>• Firefox (obscures the focus indicator on links)<br>• Internet Explorer (obscures the focus indicator on links, buttons and range controls) | WCAG 2.1 AA F78<br>Section 508 (2017) AA F78<br><br>1.4.11 2.4.7 | 110 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/ | Line 2041 2044 2117 2137 2193 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/abouttieks | Line 3335 3342 3347 3352 3357 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/blueprints | Line 752 757 762 767 1193 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/boutiek | Line 729 734 739 744 6774 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/checkout/cart/ | Line 722 727 732 737 2415 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/customercare/ | Line 727 732 737 742 1204 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/customercare/returns/ | Line 727 732 737 742 1277 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/customercare/shipping/ | Line 727 732 737 742 1164 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/customercare/sizing/ | Line 727 732 737 742 1415 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/faqs/ | Line 729 734 739 744 2060 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/gavrielifoundation | Line 1794 1801 1806 1811 1816 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/lavender.html | Line 800 805 810 815 3323 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/lavender-snake.html | Line 802 807 812 817 3426 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/poppy-season | Line 3200 3207 3212 3217 3222 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/snakeprints | Line 3524 5204 5211 5216 5221 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/splashofcolor | Line 783 788 793 798 863 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/springboutiek | Line 955 995 1035 1075 1115 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/sunnystyles | Line 5104 5111 5116 5121 5126 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/thinkpink | Line 759 764 769 774 829 ... | |
| | outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 outline-style:none or outline-width:0 https://tieks.com/warmweatherneutrals | Line 809 814 819 824 895 ... | |
| | This issue was found on another 90 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |

## Informative

These messages are for information only and do not indicate errors or conformance problems

| | | | |
|---|---|---|---|
| ○ | a element placeholder link with no event handler or href attribute doesn't work in some screen readers. | VoiceOver macOS 12.5<br>VoiceOver macOS 11.5<br>VoiceOver macOS 10.15<br>VoiceOver macOS 10.14 | 167 pages |

- VoiceOver macOS 12.5 with Safari 15.6 on macOS 12.5.1 when Reading: Announced as clickable, but no event handler so nothing happens when clicked
- VoiceOver macOS 11.5 with Safari 15.0 on macOS 11.5.2 when Reading: Announced as clickable, but no event handler so nothing happens when clicked
- VoiceOver macOS 10.15 with Safari 14.1 on macOS 10.15.7 when Reading: Announced as clickable, but no event handler so nothing happens when clicked
- VoiceOver macOS 10.14 with Safari 13.0 on macOS 10.14.6 when Reading: Announced as clickable, but no event handler

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | so nothing happens when clicked | | |
| | https://tieks.com/ | Line 2041 2044 2237 3075 3089 ... | |
| | https://tieks.com/abouttieks | Line 796 | |
| | https://tieks.com/blueprints | Line 780 | |
| | https://tieks.com/boutiek | Line 757 849 1158 2787 3773 ... | |
| | https://tieks.com/checkout/cart/ | Line 750 | |
| | https://tieks.com/customercare/ | Line 755 | |
| | https://tieks.com/customercare/returns/ | Line 755 | |
| | https://tieks.com/customercare/shipping/ | Line 755 | |
| | https://tieks.com/customercare/sizing/ | Line 755 | |
| | https://tieks.com/faqs/ | Line 757 | |
| | https://tieks.com/gavrielifoundation | Line 912 | |
| | https://tieks.com/lavender.html | Line 828 1314 1383 | |
| | https://tieks.com/poppy-season | Line 1463 1760 1882 2279 2401 ... | |
| | https://tieks.com/reviews | Line 777 | |
| | https://tieks.com/snakeprints | Line 843 916 1038 1435 1557 ... | |
| | https://tieks.com/splashofcolor | Line 811 | |
| | https://tieks.com/springboutiek | Line 817 | |
| | https://tieks.com/sunnystyles | Line 1332 1633 1755 2152 2274 ... | |
| | https://tieks.com/thinkpink | Line 787 | |
| | https://tieks.com/warmweatherneutrals | Line 837 | |
| | This issue was found on another 147 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| ○ | iframe with title attribute doesn't work in some screen readers. | NVDA 2022.2 NVDA 2021.2 NVDA 2020.2 NVDA 2019.2 | 1 pages |
| | • NVDA 2022.2 with FF102 on Windows 10 when Tabbing: Silence when tab focus stops on iframe.<br>• NVDA 2021.2 with FF91 on Windows 10 when Tabbing: Silence when tab focus stops on iframe.<br>• NVDA 2020.2 with FF78 on Windows 10 when Tabbing: Silence when tab focus stops on iframe.<br>• NVDA 2019.2 with FF68 on Windows 10 when Tabbing: Silence when tab focus stops on iframe. | | |
| | https://tieks.com/ | Line 4045 4054 4055 4064 4065 ... | |