# Exhibit D

## Greenky, Ross M.

| | |
|---|---|
| **From:** | Thorpe, Robert J. |
| **Sent:** | Thursday, October 2, 2025 2:19 PM |
| **To:** | Michael Ohrenberger - Equal Access Law Group PLLC (Mohrenberger@Ealg.law) |
| **Cc:** | David Reyes - Equal Access Law Group PLLC (Dreyes@Ealg.law); Cohen, Asher (Acohen@Ealg.law); Greenky, Ross M. |
| **Subject:** | Debbie Pittman v. Gavrieli Brands, LLC [IMAN-ACTIVE.FID3486967] |
| **Attachments:** | 9.24.25 Accessibility validation report for https___tieks.com_.pdf |

Michael,

My client wanted me to share a few additional points with you, some of which were referenced in a prior, separate e-mail communication to you:

- **Online-Only Retailer –** Gavrieli Brands operates no public-facing, brick-and-mortar retail locations; consumer sales occur via the website.
- **Website Accessibility –** The attached accessibility validation report, dated September 24, 2025, confirms that Gavrieli Brands' website has no access barriers and is otherwise fully accessible in accordance with the WCAG.
- **Policy/Monitoring/Help –** Gavrieli Brands maintains a written Accessibility Policy, a Quarterly Testing Protocol, and an Accessibility Help & Feedback channel: accessibility@tieks.com and 310-601-8967 with a 2-business-day acknowledgment and a 10-business-day ETA.

If you believe there is any current, user-impacting access barrier on the website, please identify the page URL, steps to reproduce, and any assistive technology used so that Gavrieli Brands can verify and address it promptly.

Thank you,

Rob

**Robert J. Thorpe** - Partner
Syracuse (315) 413-7231 (315) 430-7610