# Exhibit E

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | PDF Matterhorn 1.02 |
|---|---|---|---|
| A | ● | ● | ✓ |
| AA | ◔ | ◔ | ✓ |
| AAA | | | ✓ |

**Key**

● Pages with level A issues are unusable for some people

◔ Pages with level AA issues are very difficult to use

◑ Pages with level AAA issues can be difficult to use

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

8 issues on 255 pages

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| ● | A video plays longer than 5 seconds, without a way to pause it.<br>Remove the autoplay attribute or add a controls attribute. | WCAG 2.1 A 2.2.2<br>Section 508 (2017) A 2.2.2 | 1 pages |
| | https://tieks.com/ | Line 2407 | |
| ● | Duplicate id - the same ID is used on more than one element. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 255 pages |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/ | Line 876 876 876 903 930 ... | |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/abouttieks | Line 915 915 915 942 969 ... | |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/accessibility-statement | Line 874 874 874 901 928 ... | |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/blueprints | Line 882 882 882 909 936 ... | |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/blueprintsblog | Line 900 900 900 927 954 ... | |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/boutiek | Line 857 857 857 884 911 ... | |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/careers | Line 887 887 887 914 941 ... | |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/customercare/ | Line 857 857 857 884 911 ... | |
| | id=a id=a id=a id=a id=a<br>https://tieks.com/customercare/?open=contact | Line 857 857 857 884 911 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | id=a id=a id=a id=a id=a https://tieks.com/customercare/returns/ | Line 855 855 855 882 909 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/customercare/shipping/ | Line 857 857 857 884 911 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/customercare/sizing/ | Line 857 857 857 884 911 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/fallshoes | Line 1320 1320 1320 1347 1374 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/faqs/ | Line 859 859 859 886 913 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/gavrielifoundation | Line 1012 1012 1012 1039 1066 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/giftcards | Line 855 855 855 882 909 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/portraits | Line 870 870 870 897 924 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/reviews | Line 877 877 877 904 931 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/spiderweb-topper | Line 1116 1116 1116 1143 1170 ... | |
| | id=a id=a id=a id=a id=a https://tieks.com/textwithtieks | Line 875 875 875 902 929 ... | |
| | This issue was found on another 235 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| ● | Each a element must contain text or an img with an alt attribute.<br><br>A link name allows screen readers to voice what the links does. If there is no link text / \`alt\` text, or the text / image is hidden by CSS, screen readers have nothing to read, so read out the URL instead. To add a name do one of the following:<br>• Add text between the a element start and end tags<br>• Add an aria-label attribute<br>• Add an aria-labelledby attribute<br>• Add a descriptive img alt attribute if the link contains an img element<br><br>img elements with role=presentation or role=none are not included in the link's accessible name. | WCAG 2.1 A F89<br>Section 508 (2017) A F89<br><br>2.4.4 2.4.9 4.1.2 | 6 pages |
| | https://tieks.com/clearthelist | Line 2026 | |
| | https://tieks.com/shadesofbeauty | Line 1401 1406 1447 1452 1493 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://tieks.com/tieksforla | Line 2025 | |
| | https://tieks.com/tieksfornc | Line 2025 | |
| | https://tieks.com/tieksforukraine | Line 1973 1978 | |
| | https://tieks.com/wintieks-fightantisemitism | Line 2298 2303 | |
| ● | img elements must have an accessible name. | WCAG 2.1 A F65<br>Section 508 (2017) A F65 | 4 pages |
| | Add an alt attribute describing the image, which screen readers voice instead of the image. Spacer images and purely decorative images should use alt="" without any global ARIA attributes. Do not use alt text containing only spaces since that's voiced as an unlabeled image. | 1.1.1 | |

Impact on users:

- NVDA 2022.2 Chrome 105 Windows 10 Reading: Image ignored.
- NVDA 2022.2 FF102 Windows 10 Reading: Image ignored.
- NVDA 2022.2 Edge 105 Windows 10 Reading: Image ignored.
- NVDA 2021.2 Chrome 94 Windows 10 Reading: Image ignored.
- NVDA 2021.2 FF91 Windows 10 Reading: Image ignored.
- NVDA 2021.2 Edge 94 Windows 10 Reading: Image ignored.
- NVDA 2020.2 Chrome 86 Windows 10 Reading: Image ignored.
- NVDA 2020.2 FF78 Windows 10 Reading: Image ignored.
- NVDA 2020.2 Edge 92 Windows 10 Reading: Image ignored.
- NVDA 2019.2 Chrome 79 Windows 10 Reading: Image unlabeled.
- NVDA 2019.2 FF68 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 Chrome 105 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 FF102 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 Edge 105 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 Chrome 94 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 FF91 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 Edge 94 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 Chrome 86 Windows 10 Reading: Image ignored.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | • JAWS 2020.2008.24 FF78 Windows 10 Reading: Image ignored.<br>• JAWS 2020.2008.24 Edge 92 Windows 10 Reading: Image ignored.<br>• JAWS 2019.1912.1 Chrome 79 Windows 10 Reading: Image unlabeled.<br>• JAWS 2019.1912.1 FF68 Windows 10 Reading: Image ignored.<br>• VoiceOver macOS 12.5 Safari 15.6 macOS 12.5.1 Reading: Image filename read out.<br>• VoiceOver macOS 11.5 Safari 15.0 macOS 11.5.2 Reading: Image filename read out.<br>• VoiceOver macOS 10.15 Safari 14.1 macOS 10.15.7 Reading: Image filename read out.<br>• VoiceOver macOS 10.14 Safari 13.0 macOS 10.14.6 Reading: Image filename read out.<br>• VoiceOver iOS 15.6 Safari iOS 15.6 iOS 15.6 Touch: Image filename read out.<br>• VoiceOver iOS 14.7 Safari iOS 14.7 iOS 14.7 Touch: Image filename read out.<br>• VoiceOver iOS 13.3 Safari iOS 13.3 iOS 13.3 Touch: Image filename read out.<br>• VoiceOver iOS 12.4 Safari iOS 12.4 iOS 12.4.1 Touch: Image filename read out. | | |
| | https://tieks.com/clearthelist | Line 2027 | |
| | https://tieks.com/introducing-drago | Line 2659 | |
| | https://tieks.com/tieksforla | Line 2026 | |
| | https://tieks.com/tieksfornc | Line 2026 | |
| 🔴 | No space between attributes. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 1 pages |
| | https://tieks.com/weddings | Line 447 | |
| 🔴 | Quote `"` in attribute name. Probable cause: Matching quote missing somewhere earlier. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 1 pages |
| | https://tieks.com/weddings | Line 447 447 | |
| 🔴 | Removing the underline from links makes it hard for color-blind users to see them. | WCAG 2.1 A F73<br>Section 508 (2017) A F73 | 1 pages |
| | Remove the `text-decoration:none` property from your link styles, or add other style attributes in addition to color changes to make links visible to people without color vision. | 1.4.1 | |
| | https://tieks.com/blueprintsblog | Line 1826 1829 1832 | |
| 🔴 | Several links on a page share the same link text and surrounding context, but go to different destinations. | WCAG 2.1 A F63<br>Section 508 (2017) A F63 | 8 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Make the link text unique for each target page (which helps all users) or add an aria-label or aria-describedby to the link (which helps screen reader users). | 2.4.4 2.4.9 | |
| | Link text: share electric snake on pinterest in a new window share electric snake on pinterest in a new window https://tieks.com/electric-snake.html | Line 1632 1644 | |
| | Link text: share tyrian on pinterest in a new window share tyrian on pinterest in a new window https://tieks.com/introducing-tyrian | Line 2129 2147 | |
| | Link text: share lavender snake on pinterest in a new window share lavender snake on pinterest in a new window https://tieks.com/lavender-snake.html | Line 1632 1644 | |
| | Link text: share mini pewter on pinterest in a new window share mini pewter on pinterest in a new window https://tieks.com/littlemisspewter | Line 2055 2067 | |
| | Link text: share mini pewter on pinterest in a new window share mini pewter on pinterest in a new window https://tieks.com/mini-pewter.html | Line 1749 1761 | |
| | Link text: share outrageous orange on pinterest in a new window share outrageous orange on pinterest in a new window https://tieks.com/outrageous-orange.html | Line 1598 1604 | |
| | Link text: share tyrian on pinterest in a new window share tyrian on pinterest in a new window https://tieks.com/tyrian.html | Line 1590 1608 | |
| | Link text: share unmellow yellow on pinterest in a new window share unmellow yellow on pinterest in a new window https://tieks.com/unmellow-yellow.html | Line 1598 1604 | |

## Level AA

3 issues on 89 pages

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Cannot use aria-label or aria-labelledby on elements and roles that prohibit naming. | HTML5 ARIA 1.2 | 13 pages |
| | The div and span elements have an implicit role of generic and cannot be named unless they have a role attribute. The following roles cannot be named: caption code deletion emphasis generic insertion paragraph presentation strong subscript superscript | | |
| | Element role: generic Element role: generic https://tieks.com/ | Line 4094 4113 | |
| | Element role: generic https://tieks.com/ballerina-pink.html | Line 3848 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Element role: generic https://tieks.com/california-navy.html | Line 3819 | |
| | Element role: generic https://tieks.com/cardinal-red.html | Line 3848 | |
| | Element role: generic https://tieks.com/cream.html | Line 3848 | |
| | Element role: generic https://tieks.com/diamond-white.html | Line 3564 | |
| | Element role: generic https://tieks.com/matte-black.html | Line 3848 | |
| | Element role: generic https://tieks.com/metallic-gold.html | Line 3541 | |
| | Element role: generic https://tieks.com/metallic-pewter.html | Line 3538 | |
| | Element role: generic https://tieks.com/mustard-yellow.html | Line 3877 | |
| | Element role: generic https://tieks.com/obsidian-black.html | Line 3564 | |
| | Element role: generic https://tieks.com/sienna-brown-croc-print.html | Line 3564 | |
| | Element role: generic https://tieks.com/tiek-blue.html | Line 3642 | |
| | Ensure that text and background colors have enough contrast.<br><br>Some users find it hard to read light gray text on a white background, dark gray text on a black background and white text on a red background.<br><br>• The contrast ratio should be 3.0 or more for 18 point text, or larger<br>• The contrast ratio should be 3.0 or more for 14 point bold text, or larger<br>• The contrast ratio should be 4.5 or more for all other text | WCAG 2.1 AA 1.4.3<br>Section 508 (2017) AA 1.4.3<br><br>1.4.6 | 89 pages |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/ | Line 3950 3950 3950 3950 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | The text color to background color contrast ratio after composition is: **2.37** with color: rgb(0,188,181); background-color: rgb(255,255,255); font-size: 22.50pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/abouttieks | Line 1912 3969 3972 3975 3978 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/accessibility-statement | Line 1983 1986 1989 1992 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/blueprints | Line 2015 2018 2021 2024 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/blueprintsblog | Line 3049 3052 3055 3058 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/boutiek | Line 6875 6878 6881 6884 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/careers | Line 2501 2504 2507 2510 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/cherrypicked | Line 3740 3743 3746 3749 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/customercare/ | Line 2101 2104 2107 2110 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/customercare/?open=contact | Line 2101 2104 2107 2110 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/customercare/returns/ | Line 2172 2175 2178 2181 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/customercare/shipping/ | Line 2066 2069 2072 2075 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/customercare/sizing/ | Line 2324 2327 2330 2333 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/fallshoes | Line 8773 8776 8779 8782 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/faqs/ | Line 3084 3087 3090 3093 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/gavrielifoundation | Line 2614 2617 2620 2623 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/giftcards | Line 2116 2119 2122 2125 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/portraits | Line 2159 2162 2165 2168 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/spiderweb-topper | Line 7137 7140 7143 7146 | |
| | The text color to background color contrast ratio after composition is: **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; **1.42** with color: rgb(89,89,89); background-color: rgb(110,113,110); font-size: 6.75pt; font-weight: 300; https://tieks.com/textwithtieks | Line 1963 1966 1969 1972 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | This issue was found on another 69 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| | The CSS outline or border style on this element makes it difficult or impossible to see the dotted link focus outline. | WCAG 2.1 AA F78<br>Section 508 (2017) AA F78 | 1 pages |
| | Do not remove the default outline style, and change any border styles to avoid obscuring the focus outline around focusable elements.<br><br>Using a border or outline style that obscures the focus ring causes problems for keyboard-only users in:<br><br>• Chrome (obscures the focus indicator on links, buttons, dropdowns and range controls)<br>• Firefox (obscures the focus indicator on links)<br>• Internet Explorer (obscures the focus indicator on links, buttons and range controls) | 1.4.11 2.4.7 | |
| | outline-color: matches background outline-color: matches background<br>https://tieks.com/customercare/returns/ | Line 1657 1674 | |

## Informative

These messages are for information only and do not indicate errors or conformance problems

| | | | |
|---|---|---|---|
| | a element placeholder link with no event handler or href attribute doesn't work in some screen readers. | VoiceOver macOS 12.5<br>VoiceOver macOS 11.5<br>VoiceOver macOS 10.15<br>VoiceOver macOS 10.14 | 255 pages |
| | • VoiceOver macOS 12.5 with Safari 15.6 on macOS 12.5.1 when Reading: Announced as clickable, but no event handler so nothing happens when clicked<br>• VoiceOver macOS 11.5 with Safari 15.0 on macOS 11.5.2 when Reading: Announced as clickable, but no event handler so nothing happens when clicked<br>• VoiceOver macOS 10.15 with Safari 14.1 on macOS 10.15.7 when Reading: Announced as clickable, but no event handler so nothing happens when clicked<br>• VoiceOver macOS 10.14 with Safari 13.0 on macOS 10.14.6 when Reading: Announced as clickable, but no event handler so nothing happens when clicked | | |
| | https://tieks.com/ | Line 2375 3132 3146 3160 3174 ... | |
| | https://tieks.com/abouttieks | Line 1326 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://tieks.com/accessibility-statement | Line 1285 | |
| | https://tieks.com/blueprints | Line 1293 | |
| | https://tieks.com/blueprintsblog | Line 1311 | |
| | https://tieks.com/boutiek | Line 1268 1360 1674 3084 3712 ... | |
| | https://tieks.com/careers | Line 1298 | |
| | https://tieks.com/customercare/ | Line 1268 | |
| | https://tieks.com/customercare/?open=contact | Line 1268 | |
| | https://tieks.com/customercare/returns/ | Line 1266 | |
| | https://tieks.com/customercare/shipping/ | Line 1268 | |
| | https://tieks.com/customercare/sizing/ | Line 1268 | |
| | https://tieks.com/fallshoes | Line 1731 1879 2001 2343 2465 ... | |
| | https://tieks.com/faqs/ | Line 1270 | |
| | https://tieks.com/gavrielifoundation | Line 1423 | |
| | https://tieks.com/giftcards | Line 1266 | |
| | https://tieks.com/portraits | Line 1281 | |
| | https://tieks.com/reviews | Line 1288 | |
| | https://tieks.com/spiderweb-topper | Line 1527 1728 2042 3452 4080 ... | |
| | https://tieks.com/textwithtieks | Line 1286 | |
| | This issue was found on another 235 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| ○ | iframe with title attribute doesn't work in some screen readers.<br>• NVDA 2022.2 with FF102 on Windows 10 when Tabbing: Silence when tab focus stops on iframe.<br>• NVDA 2021.2 with FF91 on Windows 10 when Tabbing: Silence when tab focus stops on iframe.<br>• NVDA 2020.2 with FF78 on Windows 10 when Tabbing: Silence when tab focus stops on iframe.<br>• NVDA 2019.2 with FF68 on Windows 10 when Tabbing: Silence when tab focus stops on iframe. | NVDA 2022.2 NVDA 2021.2 NVDA 2020.2 NVDA 2019.2 | 2 pages |
| | https://tieks.com/ | Line 3976 4069 4073 | |
| | https://tieks.com/textwithtieks | Line 1292 | |