# Exhibit F

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | PDF Matterhorn 1.02 |
|---|---|---|---|
| A | ✓ | ✓ | ✓ |
| AA | ✓ | ✓ | ✓ |
| AAA | ✓ | | ✓ |

**Key**

- Pages with level A issues are unusable for some people
- Pages with level AA issues are very difficult to use
- Pages with level AAA issues can be difficult to use

## Informative

These messages are for information only and do not indicate errors or conformance problems

| Issue | Screen readers | Pages |
|---|---|---|
| a element placeholder link with no event handler or href attribute doesn't work in some screen readers. | VoiceOver macOS 14.6 VoiceOver macOS 13.6 VoiceOver macOS 12.5 VoiceOver macOS 11.5 | 245 pages |
| iframe with title attribute doesn't work in some screen readers. | NVDA 2023.3 NVDA 2022.2 NVDA 2021.2 | 2 pages |
| video with aria-label attribute doesn't work in some screen readers. | NVDA 2023.3 NVDA 2022.2 NVDA 2021.2 JAWS 2024.2409.2 JAWS 2023.2311.34 JAWS 2022.2207.25 JAWS 2021.2107.12 | 15 pages |
| video with title attribute doesn't work in some screen readers. | NVDA 2024.4 NVDA 2023.3 NVDA 2022.2 NVDA 2021.2 JAWS 2024.2409.2 JAWS 2023.2311.34 JAWS 2022.2207.25 JAWS 2021.2107.12 | 1 pages |