# Exhibit J

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | PDF Matterhorn 1.02 |
|---|---|---|---|
| A | ✓ | ✓ | ✓ |
| AA | ✓ | ✓ | ✓ |
| AAA | ✓ | | ✓ |

**Key**

Pages with level A issues are unusable for some people

Pages with level AA issues are very difficult to use

Pages with level AAA issues can be difficult to use