# Exhibit Q

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | PDF Matterhorn 1.02 |
|---|---|---|---|
| A | ✓ | ✓ | ✓ |
| AA | ✓ | ✓ | ✓ |
| AAA | ✓ | | ✓ |

**Key**

- Pages with level A issues are unusable for some people
- Pages with level AA issues are very difficult to use
- Pages with level AAA issues can be difficult to use

## Informative

These messages are for information only and do not indicate errors or conformance problems

| | | | |
|---|---|---|---|
| ○ | `role` is ignored on this element. | ARIA 1.2 Role Conflict | 38 pages |

D-000003