# Exhibit V

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DEBBIE PITTMAN, on behalf of herself and all others similarly situated,

*Plaintiffs*,

- against -

GAVRIELI BRANDS, LLC,

*Defendant.*

Case No. 1:25-cv-7938

**DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS & SECOND SET OF INTERROGATORIES TO PLAINTIFF**

Pursuant to Rule 26, Rule 33 and Rule 34 of the Federal Rules of Civil Procedure, Defendant Gavrieli Brands, LLC ("Gavrieli") hereby requests and demands that Plaintiff Debbie Pittman ("Plaintiff") produce the following documents, electronically stored information, or tangible things for inspection and copying and answer the following Interrogatories separately and fully, in writing, and under oath, within thirty (30) days from the date of this request.

## DEFINITIONS AND INSTRUCTIONS

Gavrieli incorporates by reference the definitions and instructions set forth in Defendant's First Request for Production of Documents and Defendant's First Set of Interrogatories dated October 23, 2025.

## DOCUMENT REQUESTS

**REQUEST NO. 1:** All documents, electronically stored information, or tangible things reflecting the internet browsing history of all internet browsers on Plaintiff's Dell Windows 10 laptop computer for May 13, 2025 and other date(s) that Plaintiff alleges she visited Defendant's website, https://www.tieks.com/ (the "Website").

**REQUEST NO. 2:** All documents, electronically stored information, tangible things, or data reflecting the URL addresses of the specific webpages visited on Plaintiff's Dell Windows 10 laptop computer on all internet browsers on May 13, 2025, and other date(s) that Plaintiff alleges she visited the Website.

**REQUEST NO. 3:** All documents, electronically stored information, or tangible things reflecting cookies on all internet browsers on Plaintiff's Dell Windows 10 laptop computer.

**REQUEST NO. 3:** Provide Plaintiff's Dell Windows 10 laptop computer for forensic examination to include, but not be limited to: (a) Process internet browser application data through forensic software to check for recoverable internet history, to inspect previously deleted data; (b) Perform forensic analysis to discover internet "cookies" related to websites, and metadata associated with the "cookie" activity associated with items of interest; (c) Validate the Dell Windows 10 laptop computer for user applications and other information related to general user activity; (d) Perform string text searches for relevant "URL" addresses; (e) Check internet history browser settings to see the setting information current and past modification date; (f) Review "Prefetch Folder" and "Event Log" information for the time period of interest to determine computer activity and application use; (g) Forensic analysis of "Screen Shot" metadata on the Dell Windows 10 laptop computer; (h) Forensic analysis of Registry and Operating System behavior for antiforensic behavior; and (i) Forensic analysis to determine the IP address associated with the Dell Windows 10 laptop computer on May 13, 2025.

## INTERROGATORIES

**INTERROGATORY NO. 1.** Identify all internet browsers on Plaintiff's Dell Windows 10 laptop computer as follows: (a) all internet browsers currently on Plaintiff's Dell Windows 10 laptop computer, (b) all internet browsers which were on Plaintiff's Dell Windows 10 laptop

computer on May 13, 2025, and (c) all internet browsers which were on Plaintiff's Dell Windows 10 laptop computer on any other date(s) that Plaintiff alleges she visited the Website.

**INTERROGATORY NO. 2.** State whether the internet browsing history from May 13, 2025 on Plaintiff's Dell Windows 10 laptop computer has been deleted. If the internet browsing history from May 13, 2025 on Plaintiff's Dell Windows 10 laptop computer has been deleted, please state: (a) who deleted the internet browsing history, (b) why the internet browsing history was deleted, (c) when the internet browsing history was deleted, and (d) the steps or measures that Plaintiff undertook to preserve the internet browsing history.

Dated: April 17, 2026

**BARCLAY DAMON LLP**

By: *_/s/ Ross M. Greenky_*
Ross M. Greenky

*Attorneys for Defendant*
Barclay Damon Tower
125 E. Jefferson Street
Syracuse, New York 13202
Telephone: (315) 425-2700