# Exhibit X

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DEBBIE PITTMAN, on behalf of herself and all others similarly situated,

*Plaintiffs*,

- against -

Case No. 1:25-cv-7938

GAVRIELI BRANDS, LLC,

*Defendant.*

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure, Defendant Gavrieli Brands, LLC, by its attorneys, Barclay Damon LLP and Valentine Austriaco & Bueschel, P.C., will take a deposition upon oral examination of Debbie Pittman on July 14, 2026 at 10:00 a.m. at the offices of Valentine Austriaco & Bueschel, P.C., 300 E. Randolph, Suite 3400, Chicago, Illinois 60601. Testimony shall be recorded by stenographic means before an officer appointed or designated under Rule 28(a) of the Federal Rules of Civil Procedure and, if not completed, will continue from day to day until completed.

Dated: July 6, 2026

**BARCLAY DAMON LLP**

By: */s/ Ross M. Greenky*
Ross M. Greenky

Attorneys for Defendant
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:(315) 425-2700